**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CORNELIUS MARTIN,

    Plaintiff,

v.                                       CASE NO. 4:13mc59-RH/CAS

THE RECORD LAW FIRM, LLC,
a Florida Corporation, and TRACY RECORD,
an individual,

    Defendants.

_____/

## **ORDER FOR DISMISSAL**

The plaintiff filed this action claiming that the defendants failed to pay the plaintiff overtime as required by the Fair Labor Standards Act. The defendants contested the claim. The parties now have entered a settlement agreement and have moved for court approval, as required in an FLSA case. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). I have reviewed the settlement agreement and find that it is a fair and reasonable compromise of a bona fide dispute. Accordingly,

    IT IS ORDERED:

1. The joint motion to approve the settlement agreement, ECF No. 1, is GRANTED.

2. The parties must comply with their settlement agreement.

3. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

5. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

6. The clerk must close the file.

7. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on December 13, 2013.

                                          s/Robert L. Hinkle
                                          United States District Judge