IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORNELIUS MARTIN,

      Plaintiff,

v.                                CASE NO. 4:13mc59-RH/CAS

THE RECORD LAW FIRM, LLC,
a Florida Corporation, and TRACY RECORD,
an individual,

      Defendants.

_____/

## ORDER FOR ENTRY OF JUDGMENT

      The plaintiff Cornelius Martin asserted that the defendants Tracy Record individually and The Record Law Firm, LLC, failed to pay wages due under the Fair Labor Standards Act. Before Mr. Martin filed a lawsuit, the parties entered a settlement agreement. The settlement agreement required the defendants to make periodic payments in the total amount of $3,500.

      Settlements in FLSA cases require court approval. To avoid any claim that court approval is required even for a prelitigation settlement, the parties moved for court approval of the settlement agreement. The order of December 13, 2013, approved the settlement agreement and directed the parties to comply with it.

On January 14, 2014, Mr. Martin filed a motion asserting the defendants had failed to make required installment payments. At a status conference on March 11, 2014, the defendants admitted they had made no payments, citing financial inability as the reason. Mr. Martin asked for a money judgment for $3,500. The defendants agreed. Accordingly,

IT IS ORDERED:

The clerk must enter a judgment stating, "It is ordered that the plaintiff Cornelius Martin recover from the defendants Tracy Record individually and The Record Law Firm, LLC, jointly and severally, the amount of Three Thousand Five Hundred Dollars ($3,500.00)."

SO ORDERED on March 11, 2014.

                            s/Robert L. Hinkle
                            United States District Judge